Appeal 01-413 e

```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

        # 00500439 - AM
         July 15, 2005

   Code    Case #    Qty      Amount

  APPEAL D 01-413e                40.17 CH


   TOTAL→                  40.17


  FROM: SCI ROCKVIEW
        INMATE GENERAL WELFARE FUND
        BOX A
        BELLEFONTE, PA 16823-0820
```