Appeal Partial Payment

CA 01-413 E

```
        UNITED STATES
        DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 00500487 - AM
       August 17, 2005

  Code    Case #    Qty      Amount

 APPEAL I 01-413 E
                                22.88 CH

    TOTAL→               22.88


 FROM: SCI ROCKVIEW
       INMATE GENERAL WELFARE FUND
       BOX A
       BELLEFONTE, PA 16823-0820
```