AFI 1 CA 01-413E

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 00500542 - AM  am
        September 23, 2005

    Code   Case #    Qty      Amount

    APPEAL D 01-413 E
                              2.07 CH

         TOTAL →        2.07


    FROM: AUBREY MCDANIELS/PA DEPT.CORR.
          SCI ROCKVIEW,INMTEGEN.WEL.FUND
          BOX A
          BELLEFONTE, PA 16823-0820
```